# **DECLARATION OF JEFFREY ZICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The undersigned, Jeffrey Zick, hereby states and declares as follows:

1. I am a citizen and resident of the State of Maryland, County of Montgomery.

2. I am an attorney duly licensed to practice in the States of Wisconsin (inactive) and Arizona, since 1990 and 1997, respectively. A true and accurate copy of my most current curriculum vitae is included as an attachment to this declaration.

3. Since April 6, 2015, I have been a Trial Attorney with the United States Department of Justice, in the Capital Case Section ("Section").

4. It has been my experience while working in the Section that supervision is rarely done in-person and is overwhelmingly accomplished through e-mail correspondence. I have gone weeks and even a month or more without seeing or personally speaking to Mr. Carwile or my previous immediate supervisor Charlie Kinsey.

5. Based on various complaints by Capital Case Section Attorneys, an investigation, later deemed to be a "management review," was conducted in the summer of 2016. Attorneys and other Capital Case Section staff were interviewed by Deputy Assistant Attorney General Sung-Hee Suh and James Mann, Chief of Staff to then-Assistant Attorney General Leslie Caldwell. During my interview, I was encouraged to inform both Mr. Mann and Ms. Suh about my experience with the supervision in the Section. I voiced all

of the above concerns regarding the Section.  Specifically, I informed both Mann and Suh that there were times as long as 4 weeks where I would not have any contact with the management of the Section, a lack of supervision concerning case issues, and an overall concern for the lack of substantive knowledge and supervision.  My interview was the subject of copious notes taken by Mr. Mann, who was writing extensively during my interview.

      6.    If called as a witness, I could truthfully and competently testify to the foregoing based on my personal knowledge.

Sworn under penalty of perjury this 22nd day of December 2017 in the State of Maryland, County of Montgomery.

*/s/ Jeffrey Zick*
Jeffrey Zick

█████████████████
9214 Whitney Street, Silver Spring, MD 20901
(602) 577-1904
jzick1@gmail.com

**EDUCATION**
**Purdue University,** West Lafayette, IN
B.A., Political Science, May 1987
- Roger B. Chaffee Award for Scholastic Achievement

**William Mitchell College of Law,** St. Paul, MN
J.D., May 1990
- Associate Editor, William Mitchell Law Review, 1989-90
- Staff Member, William Mitchell Law Review, 1988-89

**LEGAL EXPERIENCE**
**U.S. Department of Justice,** Washington, D.C.                                       April 2015-Present
*Trial Attorney, Criminal Division, Capital Case Section, Special Assistant U.S. Attorney for the Eastern District of Virginia*  Responsible for analyzing capital-eligible cases from U.S. Attorney Offices and assisting the Attorney General's Committee on Capital Cases in its evaluation of potential death penalty matters.  Provide legal, procedural, and policy guidance to U.S. Attorney Offices handling capital investigations and prosecutions.  In addition, provide pre-trial and trial litigation co-counsel support in capital trial prosecutions.  Lead counsel responsibility in numerous civil habeas corpus matters under 28 U.S.C. §§ 2241 and 2255.

**Arizona Attorney General's Office,** Phoenix, AZ                             October 2006-April 2015
*Section Chief Counsel, Assistant Solicitor General*  Appointed Section Chief Counsel of the Capital Litigation Section by the Attorney General in January 2012.  Responsible for the management of all capital cases in Arizona on direct appeal, in federal habeas corpus proceedings including habeas appeal, and all Supreme Court litigation.  Managed a staff of fourteen attorneys with a significant case load in state and federal courts.  Responsible for litigating complex civil habeas corpus matters under 28 U.S.C. § 2254 in addition to lead-counsel responsibility for all civil rights challenges pursuant to 42 U.S.C. § 1983 to Arizona's lethal injection protocol.  Argued 32 cases before the U.S. Court of Appeals for the Ninth Circuit and the Arizona Supreme Court.  In addition, provided advice to the Arizona Legislature on issues affecting the criminal justice system, drafted proposed rule changes and opinions regarding the constitutionality of both criminal and civil statutes and regulations, and defended the legality of various Arizona civil statutes.

**Fadell, Cheney & Burt,** Phoenix, AZ                                        December 2004-October 2006
*Attorney*  Practiced medical malpractice defense.  Represented hospitals and other health care corporations being sued in state and federal courts.  Conducted numerous depositions of medical experts, navigated complex discovery issues, participated in mediation, and had a robust motions practice.  Investigated malpractice claims and defended medical and other health professionals in administrative proceedings before the Board of Medical Examiners and the Board of Nursing.

**Maricopa County Attorney's Office,** Phoenix, AZ               October 2000-December 2004
*Deputy County Attorney*  Worked primarily in the Homicide Bureau conducting investigations and prosecuting first-degree capital and non-capital murder cases.  Conducted complex investigations and prosecuted child homicide cases in the Family Violence Bureau.  Participated as lead and co-counsel in numerous major felony jury trials including capital and non-capital murder cases.  Represented the State in post-conviction proceedings and appellate proceedings while in the Appeals Bureau.

**Maricopa County Public Defender's Office,** Phoenix, AZ          January 1998- October 2000
*Deputy Public Defender*  Represented indigent individuals charged with major felony crimes including capital murder, sexual assault, and child molestation.  Tried cases ranging from first-degree capital murder, child molestation and aggravated assault.  Investigated and presented mitigation evidence including expert mental health evidence.  Appointed Team Leader responsible for supervising a group of Deputy Public Defenders.

**Solomon & Zick,** Brookfield, WI                             September 1994-December 1997
*Partner Attorney*  Managed a small law office practicing criminal defense and civil litigation.  Represented individuals charged with felony and misdemeanor crimes in state and federal court.  Represented individuals in federal civil forfeiture actions.

**Law Offices of William A. Pangman & Associates**, Brookfield, WI       August 1990- Sep.1994
*Attorney*  Represented individuals charged with felony and misdemeanor crimes.  Conducted criminal jury and bench trials in state court.  Prosecuted and tried section 1983 claims alleging police misconduct and defended individuals subject to civil forfeiture proceedings arising out of criminal acts.

## BAR AND COURT ADMISSIONS
State of Wisconsin (inactive)
State of Arizona
United States District Court for the District of Arizona
United States District Court for the Eastern District of Texas
United States Court of Appeals for the Ninth Circuit
United States Court of Appeals for the Fifth Circuit
United States Court of Appeals for the Fourth Circuit

## PROFESSIONAL AFFILIATIONS
Association of Government Attorneys in Capital Litigation, Former Board of Directors Member (Past President, 2013–2014)
Editorial Board, Arizona Attorney (former member)
Wisconsin Association of Criminal Defense Lawyers (former member)
National Association of Criminal Defense Lawyers (former member)
Defense Research Institute (former member)

## PUBLICATIONS & AWARDS
- 2011 Attorney of the Year, Arizona Attorney General's Office

- 2010-2011 Board of Directors' Appellate Advocacy Award for Excellence in Capital Litigation, Association of Government Attorneys in Capital Litigation
- "Rethinking Confrontation: A Look at *Crawford v. Washington*" Arizona Attorney, Vol. 43, No. 1 (September 2006)
- "A Uniform Approach to Mental Condition Evidence in Capital Trials: The Interplay Between Federal Rules of Criminal Procedure 12.2 and 16" United States Attorneys' Bulletin, Vol. 65, No. 2 (June 2017)

**PRESENTATIONS**
- "The Great Writ: An Introduction to Modern Habeas Corpus Practice," District of Columbia Bar Association CLE Program, December 15, 2016, Washington, D.C.
- "Mitigation Issues," Arizona Trial Judge Capital Litigation Training Seminar, November 14, 2014, Phoenix, AZ
- "Dealing With Changes in the Law After a Defendant is Convicted and Sentenced: *Teague v. Lane* and its Progeny," National Attorneys General Training and Research Institute Habeas Corpus Training, February 11, 2014, Atlanta, GA
- "Anti-terrorism and Effective Death Penalty Act of 1996," National Attorneys General Training and Research Institute Habeas Corpus Training, February 11, 2014, Atlanta, GA
- "Nuts and Bolts of Federal Evidentiary Hearings," National Attorneys General Training and Research Institute Habeas Corpus Training, February 12, 2014, Atlanta, GA
- "Mental Health Experts & DSM 5," Kentucky Attorney General's Capital Case Litigation Conference, November 15, 2013, Lexington, KY
- "Ethics of Appellate Writing," National Attorneys General Training and Research Institute Habeas Corpus Training, May 15, 2013, Little Rock, AR
- "Anti-terrorism and Effective Death Penalty Act of 1996," National Attorneys General Training and Research Institute Habeas Corpus Training, May 14, 2013, Little Rock, AR
- "Understanding and Using the DSM-IV and DSM-IV-TR," Kentucky Attorney General's Capital Case Litigation Seminar, May 23, 2012, Lexington, KY
- "Using Mental Health Experts to Rebut Mitigation," Association of Government Attorneys in Capital Litigation Summer Conference, July 26, 2012, San Francisco, CA (presented with Dr. Steven Pitt)
- "Understanding and Meeting Mental Defenses," Arizona Prosecuting Attorneys' Advisory Council Summer Conference, August 3, 2012, Tucson, AZ (presented with Dr. Steven Pitt)
- "Broken Brain: Brain Mapping and Other Hoaxes," Association of Government Attorneys in Capital Litigation, August 2010, San Diego, CA (presented with Dr. Marc Nuwer)
- "Preparation for Capital Cases Involving Mental Health Defenses," South Carolina Commission on Prosecution Coordination Capital Seminar, May 3, 2010, Myrtle Beach, SC
- "Cross-Examining Mental Health Experts," South Carolina Commission on Prosecution Coordination Capital Seminar, May 3, 2010, Myrtle Beach, SC
- "Pretrial Motions and Preserving the Record for Appeal," Arizona Prosecuting Attorney's Advisory Council Capital Litigation Seminar, January 2010, Phoenix, AZ
- "The Five Most Common Evidentiary Problems and How To Avoid Them," Maricopa County Bar Association CLE, January 2006, Phoenix, AZ
- State Bar of Arizona Professionalism Course Presenter, 2004-2009