UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACABED RODRIQUEZ-COSS | : |
| | : |
| v. | : NO. 3:16-cv-00633-VLB |
| | : |
| JEFF B. SESSIONS, ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE | : |

## JUDGMENT

This action having come before the Court on defendant's motion for summary judgment before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum of decision granting defendant's motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of defendant.

Dated at Hartford, Connecticut, this 5th day of July, 2018.

ROBIN D. TABORA, Clerk

By  /S/ Jeremy J. Shafer
    Jeremy Shafer
    Deputy Clerk

EOD: 07/05/2018